IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA VARISCO, ADMINISTRATRIX OF THE ESTATE OF CLARK PANGBURN, | : : : | |
| Plaintiffs, | : : | Case No.: 5:19-cv-01324-JFL |
| v. | : : : | |
| THE HOME ARTISAN GROUP, INC. and JARED BARCZ, | : : : | |
| Defendants. | : | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Home Artisan Group, Inc and Jared Barcz (collectively "Defendants") move for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). For the reasons set forth in the attached memorandum of law, which is incorporated herein by reference, Defendants request that their motion be granted, and that judgment be entered in their favor and against Plaintiff Tina Varisco, Administratrix of the Estate of Clark Pangburn.

BARLEY SNYDER

Dated: November 19, 2019

By: /s/ *Matthew M. Hennesy, Esquire*
Matthew M. Hennesy, Esquire
Court I.D. No. 307020
126 East King Street
Lancaster, PA 17602
717-299-5201
Fax: 717-291-4660
*mhennesy@barley.com*
Attorneys for Defendants
The Home Artisan Group, Inc. and Jared Barcz

7482915.1

## **CERTIFICATE OF SERVICE**

The foregoing document has also been filed electronically and is available for viewing and downloading on the ECF System.

>Cheryl J. Allerton, Esquire
>Allerton Bell, P.C.
>1095 Ben Franklin Highway East
>Douglassville, PA 19518

>BARLEY SNYDER

Dated: November 19, 2019          By: */s/ Matthew M. Hennesy, Esquire*
>Matthew M. Hennesy, Esquire
>Court I.D. No. 307020
>126 East King Street
>Lancaster, PA 17602
>717-299-5201
>Fax: 717-291-4660
>*mhennesy@barley.com*
>Attorneys for Defendants
>The Home Artisan Group, Inc. and Jared Barcz