IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA VARISCO, ADMINISTRATRIX OF THE ESTATE OF CLARK PANGBURN,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE HOME ARTISAN GROUP, INC. and JARED BARCZ,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:  Case No.: 5:19-cv-01324-JFL<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND ORDER FOR DISMISSAL**

The Plaintiffs, Tina Varisco, Administratrix of the Estate of Clark Pangburn ("Varisco"), by their attorneys, Allerton Bell, P.C. and counsel for Defendant, Matthew Hennesy, Esq., stipulate to the voluntary dismissal of the case pursuant to Fed. R.Civ.P. 41(a)(1)(A)(ii) as follows:

1. Plaintiffs filed their Complaint in this action on March 28, 2019, alleging several claims arising out of the Defendants' performance of work to make various changes to the first floor and exterior of Clark Pangburn's home to accommodate his disabilities and make the home handicap accessible.

2. Defendants filed their Answer on June 3, 2019, and thereafter filed a Motion for Judgment on the Pleadings on November 19, 2019.

3. Plaintiff has directed her counsel to cease activity in this matter and withdraw the case.

4. Accordingly, Plaintiff voluntarily dismisses this case pursuant to Federal Rule of Civil Procedure Fed. R.Civ.P. 41(a)(1)(A)(ii), which dismissal is stipulated to by all parties who have appeared in this action.

ALLERTON BELL, P.C.

_____
Cheryl J. Allerton, Esq.
1095 Ben Franklin Highway E.
Douglassville, PA 19518
610-385-0055 (Telephone)
610-385-0056 (Fax)
cjallerton@allertonbell.com

BARLEY SNYDER

_____
Matthew M. Hennesy, Esq.
126 East King Street
Lancaster, PA 17602
717-299-5201 (Telephone)
717-291-4660 (Fax)
mhennesy@barley.com

## ORDER

Based on the above Stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed and that each party shall bear its own costs.

BY THE COURT:

Dated: _____         _____

7547359.1