IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA VARISCO, Administratrix of the Estate of Clark Pangburn,<br>Plaintiff, | CIVIL ACTION |
| vs. | NO. 19-1324 |
| THE HOME ARTISAN GROUP, INC. and JARED BARCZ,<br>Defendants. | |

**ORDER**

**AND NOW**, this 10th day of December, 2019, upon consideration of the Motion for Judgment on the Pleadings (ECF No. 17), and the Stipulation for Dismissal (ECF No. 18),

**IT IS ORDERED** that the Motion is **DENIED** as moot and the Stipulation for Dismissal is **APPROVED**.

**IT IS FURTHER ORDERED** that the Arbitration scheduled for April 2, 2020 is **CANCELLED**.

**IT IS FINALLY ORDERED** that the case is **DISMISSED** with each party to bear its own costs, and the Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

_/s Henry S. Perkin_____
HENRY S. PERKIN
United States Magistrate Judge